UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER MOSS ,

    Plaintiff,                                      CASE NO.:  6:18-cv-00984-CEM-GJK

-vs-

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.
_____/

**SECOND MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR DEFAULT JUDGMENT**

COMES NOW, the Plaintiff, JENNIFER MOSS, by and through the undersigned counsel, hereby files this Second Motion for Extension of Time to file her Motion for Default Judgment and states as follows:

1. On June 22, 2018, Plaintiff served her Complaint and Summons on Defendant, Halsted Financial Services, LLC.  Defendant's Answer was due on July 18, 2018.

2. To date, Defendant has neither made an appearance in the above-referenced matter nor filed an Answer in response to Plaintiff's Complaint.  Therefore, Plaintiff filed a Motion for Entry of Default, which was granted on August 14, 2018.

3. Plaintiff also filed a Motion for Leave to Serve a Third-Party Subpoena, which was granted on August 15, 2018.

4. Plaintiff served her subpoena on Sprint PCS Wireless and AT&T Wireless on August 20, 2018.

5. Plaintiff's counsel received the Sprint PCS Wireless cellular telephone records on September 6, 2018, and AT&T Wireless cellular telephone records on September 17, 2018.

6. The responsive materials received from Plaintiff's wireless carriers are substantial, numbering over 1,200 pages in total.[1]

7. This Court previously entered an Order [Doc. 12] on September 20, 2018 granting Plaintiff a thirty (30) day extension to file her Motion for Default Judgment.

8. Since that time, Plaintiff and her counsel have worked diligently to review her wireless records and identify all calls she received from Defendant. Unfortunately, due to the fact that Defendant called Plaintiff from a substantial number of different telephone numbers,[2] Plaintiff is still working to verify that she has identified all calls.

9. In order to make certain that she provides this Court with an accurate count of the actionable calls at issue, Plaintiff would respectfully request additional time to complete the investigation and submit a Motion for Default Judgment for this Court's consideration.

10. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests this Court grant an extension of seven (7) days to file a Motion for Default Judgment.

---

[1] The records received from AT&T Wireless are over 630 pages. The records received from Sprint PCS Wireless were produced in a Microsoft Excel format, but when converted to Adobe PDF, are equal to at least 575 pages.

[2] To date, Plaintiff has identified at least twenty five (25) telephone numbers with varying area codes for which she has a good faith basis to believe belong to Defendant.

Dated this 22nd day of October, 2018.

>Respectfully submitted,
>
>*/s/ Shaughn C. Hill*
>Shaughn C. Hill, Esquire
>Florida Bar #: 0105998
>Morgan & Morgan, Tampa, P.A.
>One Tampa City Center
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>Telephone: (813) 225-6740
>Facsimile:  (813) 222-2402
>SHill@ForThePeople.com
>KZhang@ForThePeople.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served the following parties via U.S. Mail on this 22nd day of October, 2018 to:  Halsted Financial Services, LLC, c/o Corporation Service Company, Registered Agent, at 1201 Hays Street, Tallahassee, FL 32301-2525

>*/s/ Shaughn C. Hill*
>Shaughn C. Hill, Esquire
>Florida Bar #: 105998