UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER MOSS,

    Plaintiff,

-vs-                                      CASE NO.: 6:18-CV-00984-CEM-GJK

HALSTED FINANCIAL SERVICES,
LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiff, JENNIFER MOSS, by and through her undersigned counsel, and hereby files this Notice of Voluntary Dismissal without Prejudice of the above-captioned matter.

Dated: October 29, 2018.

                                        Respectfully submitted,

                                        */s/ Shaughn C. Hill*
                                        Shaughn C. Hill, Esquire
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center
                                        Tampa, FL 33602
                                        Tele: (813) 223-5505
                                        Fax: (813) 223-5402
                                        shill@forthepeople.com
                                        Florida Bar #: 105998
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served the following parties via U.S. Mail on this 29th day of October, 2018 to: Halsted Financial Services, LLC, c/o Corporation Service Company, Registered Agent, at 1201 Hays Street, Tallahassee, FL 32301-2525

                                                      */s/ Shaughn C. Hill*
                                                      Shaughn C. Hill, Esquire
                                                      Florida Bar #: 105998