UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNIFER MOSS,**

        **Plaintiff,**

**v.**                                           **Case No:  6:18-cv-984-Orl-41GJK**

**HALSTED FINANCIAL SERVICES,
LLC,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without Prejudice (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record